**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND DAVIS, ) | Case No. 2:16-cv-01207-GMN-NJK |
| Plaintiff, ) | |
| vs. ) | ORDER |
| DEAN KOONTZ, ) | |
| Defendants. ) | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016).  Defendant filed a notice of removal, but failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than June 3, 2016.

IT IS SO ORDERED.

DATED: June 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge