UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND DAVIS,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>DEAN KOONTZ,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-01207-GMN-NJK<br><br>ORDER GRANTING MOTION TO STAY<br><br>(Docket Nos. 15, 16) |

Pending before the Court is Defendant's motion to stay discovery. Docket No. 15. Plaintiff filed a notice of non-opposition. Docket No. 18. For good cause shown, the motion to stay discovery is hereby **GRANTED**. If the decisions on the pending motions to change venue and to dismiss do not result in the proceedings in this Court terminating, the parties shall file a proposed discovery plan within seven days of the resolution of those motions. The pending proposed discovery plan (Docket No. 16) is **DENIED** without prejudice.

　　　　IT IS SO ORDERED.

　　　　DATED: August 1, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge